No. 91–8478.   BAILEY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 91–8480.   MARSHBURN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 91–8483.   PACIONE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 91–8490.   COOPER *v.* SAUSER, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER.   C. A. 9th Cir.   Certiorari denied.

No. 91–299.   CITY OF ZION ET AL. *v.* HARRIS ET AL.   C. A. 7th Cir.   Certiorari denied. JUSTICE WHITE, JUSTICE O'CONNOR, and JUSTICE THOMAS would grant certiorari.

No. 91–1370.   KING *v.* RIDLEY, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. D. C. Cir.   Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–8022.   HUDSON *v.* WASHINGTON, IN HIS PERSONAL AND OFFICIAL CAPACITY AS COMMISSIONER OF THE COMMISSION ON MENTAL HEALTH SERVICES FOR ST. ELIZABETH'S HOSPITAL. C. A. D. C. Cir.   Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–1467.   BORG, WARDEN *v.* MIKES.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 91–1522.   HABERSTROH, DISTRICT ATTORNEY OF BLAIR COUNTY, PENNSYLVANIA, ET AL. *v.* BURKETT.   C. A. 3d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 91–1772.   MUHAMMAD *v.* PRATT.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.